UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERONICA EVANGELISTA,

                    Petitioner,

     v.

ICE FIELD OFFICE DIRECTOR,

                  Respondent.

CASE NO. 2:26-cv-01006-DGE

ORDER DISMISSING PETITION
FOR FAILURE TO PROSECUTE

On March 23, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Dkt. No. 1.)  She is currently detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington.  (*Id.* at 1.)  The Clerk of Court issued the Court's standard scheduling order on March 25.  (Dkt. No. 2.)  On April 6, the Court issued an order striking the scheduling order and ordering Petitioner to file an amended habeas petition because (1) she submitted a form habeas petition with no facts to support a specific cause of action and (2) she failed to name her custodian (here, Bruce Scott, the Warden of the NWIPC) as a Respondent.  (Dkt. No. 5.)

ORDER DISMISSING PETITION FOR FAILURE TO PROSECUTE - 1

On April 17, Petitioner filed her amended petition.  (Dkt. No. 6.)  Petitioner added Bruce Scott as a Respondent but again failed to state a claim for habeas relief.  (Dkt. No. 7.)  Petitioner used the same plug-and-play form habeas petition with no apparent bearing on her case, and again failed to identify any specific facts that would give rise to a cognizable cause of action. (Id. at 2–3.)  The Court therefore struck the amended Petition on April 20 and ordered Petitioner to file another new habeas petition no later than May 18, 2026 that addressed these deficiencies. (*Id.* at 3.)  The Clerk sent Petitioner a copy of the Court's "Petition for a writ of habeas corpus under 28 U.S.C. § 2241 – Immigration Cases Information Sheet" to assist her in filing a compliant habeas petition.

As of the date of this order, Petitioner has not filed a second amended petition that addresses the filing deficiencies identified in Dkt. No. 7.  The Court therefore DISMISSES this case **without prejudice** for failure to prosecute.  This matter is now closed.  Should Petitioner attempt to seek habeas relief in the future, she must file a *new* habeas petition under a *new* case number.  Petitioner must identify facts with specificity that give rise to all causes of action she alleges.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 1st day of June 2026.

David G. Estudillo
United States District Judge

ORDER DISMISSING PETITION FOR FAILURE TO PROSECUTE - 2